IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MATTHEW NICHOLS                                                                           PLAINTIFF

v.                                         CASE NO. 2:22-CV-2136

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                        DEFENDANT

### ORDER

The Court has received proposed findings and recommendations (Doc. 19) from United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this May 15, 2023.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE